1  WILLIAM J. GOINES (SBN: 061290)
   KAREN ROSENTHAL (SBN: 209419)
2  CINDY HAMILTON (SBN: 217951)
   ALICE CHU (SBN: 264990)
3  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
4  East Palo Alto, California 94303
   Telephone: (650) 328-8500
5  Facsimile: (650) 328-8508

6  Attorneys for Plaintiff and Counter-Defendant
   National Union Fire Insurance Company of Pittsburgh, Pa.

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 NATIONAL UNION FIRE INSURANCE        Case No.      C 10-01812 CW
   COMPANY OF PITTSBURG, PA,
12                                       **ORDER RE: APPLICATION TO
                                         SUBSTITUTION COUNSEL FOR PLAINTIFF
13                  Plaintiffs,          NATIONAL UNION FIRE INSURANCE
                                         COMPANY OF PITTSBURGH, PA**
14 v.

15 NVIDIA CORPORATION,

16                  Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

SV 346,530,695v1

The court having considered the Application of Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("National Union")  to Substitute Counsel in this action, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1.      The law firm of Greenberg Traurig, LLP is hereby substituted into the action as attorney of record for National Union in place and stead of the law firm of Lewis Brisbois Bisgaard & Smith LLP.

2.      The Court and all other parties in this action are to direct future contact, notices, e-filings, pleadings, discovery, motions, and correspondence to lead counsel at Greenberg Traurig, LLP, as follows:

> William J. Goines
> Greenberg Traurig, LLP
> 1900 University Ave., Fifth Fl.
> East Palo Alto, CA 94303
> Tel:  (650) 328-8500
> Fax:  (650) 328-8508
> Email:  goinesw@gtlaw.com

Dated: **6/22/2010**

Honorable Claudia Wilken
Judge, United States District Court

1

SV 346,530,695v1