WILLIAM J. GOINES (SBN: 061290)
KAREN ROSENTHAL (SBN: 209419)
CINDY HAMILTON (SBN: 217951)
ALICE CHU (SBN: 264990)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
goinesw@gtlaw.com
rosenthalk@gtlaw.com
hamiltonc@gtlaw.com
chua@gtlaw.com
Attorneys for Plaintiff
National Union Fire Insurance Company of Pittsburgh, Pa.

Mary E. McCutcheon (State Bar No. 099939)
Karen P. Kimmey (State Bar No. 173284)
Amanda D. Hairston (State Bar No. 251096)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
mmccutcheon@fbm.com
kkimmey@fbm.com
ahairston@fbm.com

Attorneys for Defendant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendants. | Case No.   C 10-1812 CW<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND DEFENDANT'S MOTION TO STAY** |

Comes now Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and Defendant NVIDIA Corporation ("NVIDIA") and stipulate as follows:

SV 346,547,479v1

1

2 WHEREAS, on June 25, 2010, Defendant NVIDIA Corporation filed a Motion to Stay

3 Insurance Coverage Litigation Pending Resolution of the NVIDIA GPU Litigation [Doc. #20]

4 ("Motion"), which was scheduled for hearing on August 12, 2010;

5 WHEREAS on July 12, 2010, the court clerk filed a Clerk's Notice Continuing Case

6 Management Conference [Doc. #23], which continued the Initial Case Management Conference from

7 July 13, 2010 to August 12, 2010 ("Case Management Conference");

8 WHEREAS, on July 11, 2010, the parties engaged in a mediation of their dispute, which

9 resulted in the parties agreeing on general terms to settle the within action; and

10 WHEREAS, the parties are presently in the process of finalizing the settlement documentation

11 and believe that a continuance of the Motion and Case Management Conference for a period of two

12 weeks, from August 12, 2010 to August 26, 2010, would allow the parties time to finalize their

13 settlement documentation;

14 IT IS HEREBY STIPULATED between the parties, by and through their respective counsel,

15 that the Motion and Case Management Conference both be continued from August 12, 2010 to

16 August 26, 2010, in Courtroom 2 of the above-entitled court.  All briefing deadlines related to the

17 Motion will be continued as appropriate for the new hearing date of August 26, 2010.

18 Dated:  July 20, 2010                                    GREENBERG TRAURIG, LLP

19                                                                          By:   /s/ *Karen Rosenthal*

20                                                                                  William J. Goines
                                                                                    Karen Rosenthal

21                                                                                  Cindy Hamilton
                                                                                    Alice Chu

22                                                                          Attorneys for Plaintiff National Union Fire

23                                                                          Insurance Company of Pittsburgh, Pa,

24 Dated:  July 20, 2010                                    FARELLA BRAUN & MARTEL LLP

25                                                                          By:  /s/ *Amanda D. Hairston*

26                                                                                  Mary E. McCutcheon
                                                                                    Karen P. Kimmey

27                                                                                  Amanda D. Hairston

28                                                                          Attorneys for Defendant NVIDIA Corporation

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE MOTION TO STAY AND CASE MGT. CONFERENCE
C10-01821 CW

1

2

## ATTESTATION CLAUSE

3    I, Karen Rosenthal, am the ECF User whose ID and password are being used to file this

4  STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT

5  CONFERENCE AND DEFENDANT'S MOTION TO STAY.  In compliance with General Order 45,

6  X.B., I hereby attest that Amanda D. Hairston has concurred in this filing.

7

8  Date: July 20, 2010.                          GREENBERG TRAURIG LLP

9

10

11                                     By:  /s/ *Karen Rosenthal*
                                            Karen Rosenthal

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Pursuant to the Stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED as follows:

1.      Defendant NVIDIA Corporation's Motion to Stay Insurance Coverage Litigation Pending Resolution of the NVIDIA GPU Litigation ("Motion") is hereby continued from August 12, 2010 to August 26, 2010 at 2:00 p.m. in Courtroom 2 of the above-entitled court;

2.      All briefing deadlines related to the Motion will be continued as appropriate for the new hearing date of August 26, 2010;

2.      The Initial Case Management is hereby continued from August 12, 2010 to August 26, 2010, to be heard immediately following the hearing on Defendant's Motion to Stay, in Courtroom 2 of the above-entitled court.

Dated:   7/22/2010

Honorable Claudia Wilken
Judge, United States District Court