Mary E. McCutcheon (State Bar No. 099939)
Karen P. Kimmey (State Bar No. 173284)
Amanda D. Hairston (State Bar No. 251096)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
mmccutcheon@fbm.com
kkimmey@fbm.com
ahairston@fbm.com

Attorneys for Defendant
NVIDIA CORPORATION

WILLIAM J. GOINES (SBN: 061290)
KAREN ROSENTHAL (SBN: 209419)
CINDY HAMILTON (SBN: 217951)
ALICE CHU (SBN: 264990)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
goinesw@gtlaw.com
rosenthalk@gtlaw.com
hamiltonc@gtlaw.com
chua@gtlaw.com

Attorneys for Plaintiff
National Union Fire Insurance Company of Pittsburgh, Pa.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, <br><br> Plaintiffs, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendants. | Case No.  C 10-1812 CW <br><br> **STIPULATION AND [PROPOSED] ORDER WITHDRAWING DEFENDANT'S MOTION TO STAY** |

Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and Defendant NVIDIA Corporation ("NVIDIA") stipulate as follows:

WHEREAS, on June 25, 2010, Defendant NVIDIA Corporation filed a Motion to Stay Insurance Coverage Litigation Pending Resolution of the NVIDIA GPU Litigation (*See* Doc. No. 20) ("Motion to Stay"), which was originally scheduled for hearing on August 12, 2010;

WHEREAS, on July 11, 2010, the parties engaged in a mediation of their dispute, which resulted in the parties agreeing on general terms to settle the above-entitled action; and

WHEREAS, the parties filed a stipulation on July 20, 2010 to continue the hearing on Defendant's Motion to Stay for a period of two weeks, from August 12, 2010 to August 26, 2010, to allow the parties time to finalize their settlement documentation;

WHEREAS, the Court granted the stipulation on July 22, 2010 to continue the hearing on Defendant's Motion to Stay to August 26, 2010;

WHEREAS, the parties executed a settlement agreement resolving the above-entitled action on July 29, 2010;

WHEREAS, the parties filed a Stipulation For Dismissal of Action with Prejudice in the above-entitled action on August 4, 2010;

IT IS HEREBY STIPULATED between the parties, by and through their respective counsel, that Defendant NVIDIA Corporation hereby withdraws its Motion to Stay and the August 26, 2010 hearing on the Motion to Stay shall be taken off calendar.

Dated: August 4, 2010

GREENBERG TRAURIG, LLP

By: /s/ William J. Goines
William J. Goines
Karen Rosenthal
Cindy Hamilton
Alice Chu

Attorneys for Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa,

| | | |
|---|---|---|
| 1 | Dated: August 4, 2010 | FARELLA BRAUN & MARTEL LLP |
| 2 | | |
| 3 | | By: /s/ Amanda Hairston |
| 4 | | Mary E. McCutcheon<br>Karen P. Kimmey |
| 5 | | Amanda D. Hairston |
| 6 | | Attorneys for Defendant NVIDIA Corporation |

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED as follows:

1.  The hearing for defendant NVIDIA Corporation's Motion to Stay Insurance Coverage Litigation Pending Resolution of the NVIDIA GPU Litigation ("Motion to Stay") scheduled for August 26, 2010 at 2:00 p.m. in Courtroom 2 of the above-entitled court is vacated; and

2.  All briefing deadlines related to the Motion to Stay will be vacated.

Dated: 8/5/2010

/s/ Claudia Wilken
Honorable Claudia Wilken
Judge, United States District Court