1  WILLIAM J. GOINES (SBN: 061290)
   KAREN ROSENTHAL (SBN: 209419)
2  CINDY HAMILTON (SBN: 217951)
   ALICE CHU (SBN: 264990)
3  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
4  East Palo Alto, California 94303
   Telephone: (650) 328-8500
5  Facsimile: (650) 328-8508
   goinesw@gtlaw.com
6  rosenthalk@gtlaw.com
   hamiltonc@gtlaw.com
7  chua@gtlaw.com
   Attorneys for Plaintiff
8  National Union Fire Insurance Company of Pittsburgh, Pa.

9  Mary E. McCutcheon (State Bar No. 099939)
   Karen P. Kimmey (State Bar No. 173284)
10 Amanda D. Hairston (State Bar No. 251096)
   Farella Braun & Martel LLP
11 235 Montgomery Street, 17th Floor
   San Francisco, CA 94104
12 Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
13 mmccutcheon@fbm.com
   kkimmey@fbm.com
14 ahairston@fbm.com

15 Attorneys for Defendant
   NVIDIA CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, | Case No.  C 10-1812 CW |
|---|---|
| Plaintiffs, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| NVIDIA CORPORATION, | |
| Defendants. | |

Based on the Stipulation Of Dismissal Of Action With Prejudice by and between Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA and Defendant NVIDIA CORPORATION, and good cause appearing therefore,

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
C10-01821 CW

*SV 346,552,153v1*

1   IT IS HEREBY ORDERED AS FOLLOWS:

2   1.   This action is dismissed with prejudice; and

3   2.   All parties are to bear their own costs and attorneys' fees.

4

5   Dated: August 5, 2010

6   _____
    Honorable Claudia Wilken
7   Judge of the United States District Court

- 2 -   [PROPOSED] ORDER DISMISSING ACTION WITH
PREJUDICE
c10-01821 CW

SV 346,552,153v1